MATTHEW B. BOYER, Ex'r. of THOS. LAMBDEN, deceased *vs.* RICHARD NORRIS.

The proper proof of a sealed instrument is by the attesting witness, or by proof of *his* handwriting if he be dead, &c.
Proof of the handwriting of the *obligor* is not sufficient.

DEBT on single bill. Pleas, non est factum, payment and set off. Replications generally and specially, and issue.

The plff. not being able to prove the handwriting of the subscribing witness, offered to prove the handwriting of the obligor; which the defendant objected to.

*Per Curiam.*—This evidence is not competent. You must first prove the handwriting of the subscribing witness if he be dead, or insane, or infamous. It is not sufficient to prove the handwriting of the obligor. This is permitted only where the witness does not recollect being present at the time, or did not attest the execution of the instrument.

The plff. was nonsuited.

*Bates* for plff. *Huffington* for deft.